## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| MARK BAKER<br>ADC # 122294 | PLAINTIFF |
| v.     4:14CV00337 JLH/JTR | |
| PRESTON MIZE, Detention Officer,<br>Faulkner County Detention Center, *et al.* | DEFENDANTS |

## ORDER

Plaintiff commenced this *pro se* action on June 4, 2014, by filing a Complaint pursuant to 42 U.S.C. § 1983. *Doc. 2*. On December 2, 2014 and again on December 15, 2014, mailings from the Court sent to Plaintiff were returned as undeliverable. *Docs. 16 & 18*.

*Pro se* litigants are required to follow the same rules of procedure, including the Local Rules of Court, that govern other litigants. Of particular note to *pro se* plaintiffs is Local Rule 5.5(c)(2), which states:

> Parties appearing *pro se*. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Loc. R. 5.5(c)(2).

Plaintiff is, therefore, ordered to notify the Clerk of his most current address within **thirty (30) days** of the date of this Order's entry.  Plaintiff's failure to comply with this Order may result in the dismissal of his Complaint without prejudice.

Dated this 16th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE