**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MARK BAKER,
ADC #122294                                                                                               PLAINTIFF

v.                                       NO. 4:14CV00337 JLH/JTR

PRESTON MIZE, Detention Officer; and
BISHOP, Officer, Faulkner County Detention Center                           DEFENDANTS

**ORDER**

Defendants' motion to dismiss (Document #21) for lack of prosecution is granted, and this *pro se* § 1983 action is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 13th day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE