IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK BAKER,
ADC #122294                                                                                                PLAINTIFF

v.                                    NO. 4:14CV00337 JLH/JTR

PRESTON MIZE, Detention Officer; and
BISHOP, Officer, Faulkner County Detention Center                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of defendants and this case is dismissed without prejudice. The action is terminated, and the Court certifies that an *in forma* pauperis appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 13th day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE